# EXHIBIT 1

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE VELASQUEZ AND JOSE ORTIZ, INDIVIDUALLY AND ALL OTHERS SIMILARLY SITUATED, | § | |
| Plaintiff, | § | NO. 15-CV-2329 |
| v. | § | |
| WCA MANAGEMENT COMPANY, L.P. | § | |
| Defendants. | § | JURY DEMANDED |

**DECLARATION OF MATT GRAHAM**

1. "My name is Matt Graham. I am over the age of eighteen and am otherwise competent to testify to the facts set forth in this Declaration. All statements contained in this Declaration are true and correct and are based upon a review of the business records of WCA Management Company, L.P. ("Company"), made and maintained in the normal and customary course of business, and of which I am an authorized custodian, as well as upon my personal knowledge.

2. I am currently the Regional Vice President for Company.

3. The Company is engaged in the removal of trash and other waste refuse from both commercial customer sites and residential customer homes. In the residential operations, the refuse collection truck driver is assigned a route, covering a specific geographic area, and was generally assisted by two helpers who move the trash from the customer's curb (or back door where such service is offered) to the truck and unload it into the truck's hopper.

4. In my capacity, I am familiar with the Company's operations and how its residential drivers were paid from time to time since 2012 through today.

5. Attached hereto as Exhibits A, B, C and D are payroll spreadsheets of the Company by which the pay of the drivers was tabulated. These spreadsheets were made on the dates indicated and were maintained by the Company in the regular and normal course of business.

6. Exhibit A is a payroll spreadsheet for December 22, 2012, reflecting the additional incentive pay which was earned by any particular driver. The overtime component on such incentive pay was calculated by adding the amounts of incentive pay earned and dividing it by the total hours worked in the week to get the driver's regular rate of pay; overtime pay for hours over 40 were calculated and added, and the total was added to the employee's gross pay. This is show by the associated payroll register for December 28, 2012 (the Company pays a week in arrears). Incentive pay included (i) driver incentive (show up) pay of $5.00 per day; (ii) extra route pay for assisting another route upon completion of his own route or having a back door route of $10 per route or $25.00 for assisting on two or more additional routes; (iii) landfill pay for when a driver made an extra run to the landfill of $25.00 per trip.

7. Exhibit B is a payroll spreadsheet for December 14, 2013, reflecting the same pay components – base pay, hours, overtime pay and additional incentives as in 2012, including overtime, plus an added incentive program for the residential drivers, called "Supplemental Pay," which was added to the residential drivers' pay in the first part of 2013. Under this system, designed to reward the efficient operation and completion of the driver's route, additional pay could be earned, based upon a formula weighting the hours worked into the maximum incentive

available. The calculation of the amount of Supplemental Pay included an overtime amount based upon the calculated regular rate for the Supplemental Pay component.

8. Exhibit C is a December 27, 2014, payroll register reflecting the Company's conversion of residential drivers to a fixed day rate of pay, with certain incentive pay components such as working part of an extra route ("split pay"), with overtime calculated on the driver's regular rate of pay, which was determined by dividing total compensation for the work week by the total number of hours worked. This was done because the residential drivers had expressed a lack of understanding of how the then current pay system worked and a desire to change to a flat daily rate of pay (a day rate) for route completion. The conversion occurred in the first quarter of 2014 and was completed by March 2014, except for seven of the residential drivers who continued to be paid under the prior system.

9. By August 10, 2015, all residential drivers had been converted to a flat day rate of pay, with overtime calculated based upon their regular rate of pay. Included in the calculation of the regular rate of pay and overtime were certain supplemental pay components, such as single helper pay, split pay (dividing the pay for a particular route other than their normal route covered by several drivers due to an absence), and back door pay (for back door pickups rather than curbside). Exhibit D is the spreadsheet for the week ending September 18, 2015 reflecting this fact.

10. All drivers at the Highway 6 location at all times involved in this suit, punched a time card from which their hours of work were tabulated for purposes of calculating their regular rates of pay and paying overtime on each such driver's regular rate for hours worked over 40 in the work week.

11. Both of the named Plaintiffs and the opt-in Plaintiffs in the captioned suit were employed at the Highway 6 facility during their entire tenure of employment. All, except Streeter, were employed as residential drivers during the time covered by this suit. Streeter was at all times covered by this suit until his resignation on October 4, 2013, employed as a Route Supervisor, a salaried, exempt position.

12. Effective August 10, 2015, the Highway 6 facility of the Company became covered by a collective bargaining agreement (CBA) with Teamsters Local 988, which governs the pay, overtime and working conditions of drivers and other hourly employees, and includes express grievance and arbitration provisions.

13. None of the Plaintiffs were employed by Defendant at the time the CBA became effective or thereafter.

14. I declare under penalty of perjury that the foregoing is true and correct."

Executed on the 7th day of October, 2015.

Matt Graham

# Exhibit A

| | Days Worked | | | | | | | Route Pay | | | | | | | Landfill Tickets | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | M | T | W | Th | F | S | Total | M | T | W | Th | F | S | Total | M | T | W | Th | F | S | Total |
| Hernandez, Jose Antonio | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 10 | | | 10 | | 20 | | | 25 | | | 25 | 50 |
| Jovel, Jose Hugo | 1 | 1 | 1 | 0 | 1 | 1 | 5 | | | | | | | 0 | | 25 | | | 25 | | 50 |
| Pineda, Jose Angel | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 10 | 10 | 10 | 10 | 10 | 10 | 60 | | | | | | | 0 |
| Velasquez,Jose Abel | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 10 | 10 | 10 | | 10 | 10 | 50 | | | | 25 | | | 25 |
| | | | | | | | 23 | | | | | | | | | | | | | | |

| | 1- Man Pay | | | | Driver Incentive Pay | | | | | | | | | Driver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Th | F | S | Total | M | T | W | Th | F | S | Total | Extra Pay | Total Supplemental Pay | Incentive Pay |
| Hernandez, Jose Antonio | | | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 70 | 30 |
| Jovel, Jose Hugo | | | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 50 | 30 |
| Pineda, Jose Angel | | | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 60 | 30 |
| Velasquez,Jose Abel | | | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 75 | 30 |

<366

7 Drivers as helpers
12 Swap/Help

Emy Guevara 50
Luis Alonso Lopez 25
Jesus Martinez 100 59

This document has been redacted.

01 GL Report - Salary_copy_1
Page 1 of 1
WCA MANAGEMENT COMPANY LP (85815)
From: 12/28/2012 Through: 12/28/2012

Department - Code - Current: 3607

| NAME | Job Code - Current | REG HOURS | OT HOURS | GROSS | REG | OT | BONUS | INCNT | SUPPLEMENTAL | NET |
|---|---|---|---|---|---|---|---|---|---|---|
| Pineda, Jose A | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.35 | 793.06 | 420.00 | 257.51 | | 34.350000 | 81.20 | 774.52 |
| Pineda, Jose A | LABORER Laborer - OPS | | | | | | | | | 0.00 |
| Jovel, Jose H | DRIVER-RES - Driver - Residential OPS | 40.00 | 3.16 | 792.48 | 520.00 | 60.45 | | 11.860000 | 181.15 | 719.22 |
| Ortiz, Jose L | DRIVER-RES - Driver - Residential OPS | 40.00 | 17.07 | 840.08 | 480.00 | 307.26 | | | 52.74 | 848.00 |

| NAME | Job Code - Current | REG HOURS | OT HOURS | GROSS | REG | OT | BONUS | INCNT | SUPPLEMENTAL | NET |
|---|---|---|---|---|---|---|---|---|---|---|
| Velasquez, Jose A | DRIVER-RES - Driver - Residential OPS | 40.00 | 15.03 | 839.32 | 440.00 | 247.67 | | 34.090000 | 117.56 | 805.24 |

User: smartin(25432)
Run Date: 10/7/2015 Run Time: 11:11 AM
Paylocity Corporation

# Exhibit B

| | Days Worked | | | | | | | Route Pay | | | | | | | Landfill Tickets | | | | | | | 1- Man Pay | | | | Driver Incentive Pay | | | | | | | | Deleted | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | M | T | W | Th | F | S | Total | M | T | W | Th | F | S | Total | M | T | W | Th | F | S | Total | Th | F | S | Total | M | T | W | Th | F | S | Total | Extra Pay | Incentive Pay | Hours | Base Rate | Reg Hours | OT Hours | Base Pay | Daily Max Supplemental Pay |
| Hernandez, Jose An | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 10 | | | 10 | | 20 | 25 | | 25 | | | 25 | 75 | | | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 30 | 56 | 10.76 | 40.00 | 16.00 | 688.64 | |
| Jovel, Jose Hugo | | | | | | | | | 30 | | | 30 | | 60 | | | | | | | | | | | 0 | | | | | | | | | 0 | 47.9 | 13.25 | 40.00 | 7.90 | 687.01 | |
| Ortiz, Jose | 1 | 1 | 1 | 0 | 1 | 1 | 5 | 10 | 10 | | | 10 | | 30 | 25 | | | | | | 25 | | | | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 5 | | 25 | 53.75 | 12.25 | 40.00 | 13.75 | 742.66 | |
| Pineda, Jose Angel | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 10 | 10 | 10 | 10 | 10 | 10 | 60 | | | | | | | 0 | | | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 30 | 56.17 | 10.75 | 40.00 | 16.17 | 722.99 | |
| Velasquez,Jose Abe | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 10 | 25 | 10 | 10 | 10 | 10 | 75 | | | | | | | 0 | | | | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | | 30 | 53.27 | 11.25 | 40.00 | 13.27 | 673.93 | |

This document has been redacted.

| Max Sup. | Potential Sup. Amount | x | x | x | Supplemental | Hourly Incentive Rate | Supplemtal Pay | Total Incentive | | | Hours 3 Code | Hours 3 Amount | Remaining Vac/Pers Pay | TOTAL INCENTIVE PAY | Total Pay | Factor | @50% | OT Pay | Total Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 702.00 | 13.36 | 8.02 | 4.01 | 1.34 | 13.36 | 0.21 | 11.69 | 11.69 | 86.08 | 30.92 | | | | - | | 0.5357 | 0.2679 | 4.29 | 34.29 |
| - | (687.01) | (412.21) | (206.10) | (68.70) | (687.01) | (13.25) | - | - | 106.00 | 69.00 | | | | - | | - | | - | - |
| 925.00 | 182.34 | 109.41 | 54.70 | 18.23 | 182.34 | 3.01 | 161.67 | 161.67 | 96.00 | 87.00 | V | [illegible] | 67.08 | 67.08 | | 0.4651 | 0.2326 | 3.20 | 28.20 |
| 702.00 | (20.99) | (12.59) | (6.30) | (2.10) | (20.99) | (0.31) | - | - | [illegible] | 31.00 | | | | - | | 0.5157 | 0.2579 | 4.69 | 34.69 |
| 732.00 | 58.07 | 34.84 | 17.42 | 5.81 | 58.07 | 0.97 | 51.64 | 51.64 | 90.00 | 32.00 | | | | - | | 0.5632 | 0.2816 | 3.74 | 33.74 |

# Exhibit C

| NAME | Employee ID | Hours | # of Days Worked | Base Rate | Reg Hours | OT Hours | Base Pay | Daily Max Supplemental Pay | Max Sup. | Potential Sup. Amount | Supplemental | Hourly Incentive Rate | Supplemental Pay | Route Pay | Total Incentive | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jovel, Jose Hugo | 20693 | 52.65 | 6 | 13.25 | 40.00 | 12.65 | 785.39 | 175.00 | 1,050.00 | 264.61 | 264.61 | 4.46 | 235.92 | 20 | 255.92 | 106.00 | 69.00 |
| Ortiz, Jose | 25351 | 55.15 | 6 | 12.25 | 40.00 | 15.15 | 768.38 | 185.00 | 1,110.00 | 341.62 | 341.62 | 5.45 | 300.36 | 20 | 320.36 | 98.00 | 67.00 |

This document has been redacted.

# Exhibit D

**01 GL Report - Salary_copy_1**
Page 1 of 5
HCA MANAGEMENT COMPANY LP (85815)
From: 09/25/2015 Through: 09/25/2015

Department - Code - Current: 3607U

| NAME | DEPT | Job Code - Current | REG HOURS | OT HOURS | GROSS | REG | OT |
|---|---|---|---|---|---|---|---|
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 18.65 | 1,052.25 | 619.20 | 433.05 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 18.60 | 1,021.90 | 602.00 | 419.90 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 35.40 | | 436.13 | 436.13 | |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 4.07 | 625.64 | 542.80 | 82.84 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 8.17 | 859.59 | 658.00 | 201.59 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 22.97 | 1,085.55 | 583.20 | 502.35 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 24.50 | 1,049.94 | 547.20 | 502.74 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 7.57 | 645.53 | 502.80 | 142.73 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 18.87 | 1,290.48 | 760.40 | 530.08 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 7.52 | 793.30 | 618.80 | 174.50 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.42 | 1,061.15 | 614.00 | 447.15 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 18.22 | 1,187.03 | 705.20 | 481.83 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 24.13 | 1,057.59 | 555.20 | 502.39 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.48 | 944.85 | 546.00 | 398.85 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 20.38 | 1,066.31 | 604.40 | 461.91 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 24.78 | 1,345.84 | 697.60 | 648.24 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.07 | 919.65 | 506.20 | 384.45 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 26.87 | 1,107.41 | 551.60 | 555.81 |
| | 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 11.57 | 778.88 | 543.20 | 235.68 |

This document has been redacted.

Case 4:15-cv-02329 Document 13-1 Filed in TXSD on 10/07/15 Page 16 of 19

# 01 GL Report - Salary_copy_1


WCA MANAGEMENT COMPANY LP (B5815)
From: 09/25/2015 Through: 09/25/2015

| | | | | | | |
|---|---|---|---|---|---|---|
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 30.58 | 1,221.09 | 689.20 | 531.89 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 18.27 | 1,043.43 | 619.20 | 424.23 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 26.23 | 948.97 | 478.40 | 470.57 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 21.05 | 1,019.94 | 570.00 | 449.94 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 25.08 | 1,109.19 | 571.60 | 537.59 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.25 | 1,190.16 | 691.20 | 498.96 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 20.90 | 974.64 | 546.40 | 428.24 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 27.17 | | 426.03 | 426.03 | |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 23.52 | 1,128.45 | 599.60 | 528.85 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.65 | 1,080.53 | 665.20 | 415.33 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 22.32 | 1,146.29 | 624.00 | 522.29 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 24.47 | 1,001.77 | 522.40 | 479.37 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 13.65 | 1,089.15 | 720.40 | 368.75 |
| 3607U | DRIVER-RES - Driver - Residential OPS | | | | | |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.80 | 831.95 | 510.40 | 321.55 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 25.97 | 1,010.11 | 475.60 | 534.51 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 17.05 | 1,117.40 | 681.60 | 435.80 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 21.77 | 823.18 | 453.20 | 369.98 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 21.33 | 1,115.20 | 619.60 | 495.60 |
| 3607U | DRIVER-RES - Driver - Residential OPS | | | | | |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 15.53 | 866.51 | 547.60 | 318.91 |

**01 GL Report - Salary_copy_1**

HCA MANAGEMENT COMPANY LP (85815)
From: 09/25/2015 Through: 09/25/2015

| | | | | | | |
|---|---|---|---|---|---|---|
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 12.62 | 973.34 | 570.40 | 263.94 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 9.32 | 987.64 | 710.80 | 141.80 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 4.15 | 659.63 | 570.80 | 88.83 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.12 | 1,019.82 | 635.60 | 384.22 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 15.27 | 1,072.53 | 682.00 | 390.53 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 15.78 | 1,098.31 | 690.00 | 408.31 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.48 | 1,124.13 | 649.60 | 474.53 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 15.98 | 765.72 | 478.80 | 286.92 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 23.03 | 1,163.65 | 624.40 | 539.25 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | | 800.00 | 800.00 | |
| 3607U | DRIVER RES - Driver - Residential OPS | 40.00 | 6.42 | 919.15 | 740.80 | 178.35 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.63 | 1,319.46 | 760.00 | 559.46 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 11.75 | 885.12 | 614.40 | 270.72 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 36.14 | | 891.84 | 495.84 | |
| 3607U | DRIVER-RES - Driver - Residential OPS | 34.33 | | 943.12 | 647.12 | |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.43 | 987.55 | 611.20 | 376.35 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.18 | 999.23 | 581.20 | 418.03 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 24.00 | 1,015.18 | 526.00 | 489.18 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 4.55 | 788.53 | 673.60 | 114.93 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 15.85 | 1,060.67 | 668.40 | 392.27 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.88 | 1,063.36 | 609.20 | 454.16 |

Case 4:15-cv-02329 Document 13-1 Filed in TXSD on 10/07/15 Page 18 of 19

| | | | | | | |
|---|---|---|---|---|---|---|
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 21.50 | 1,094.59 | 606.00 | 488.59 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 17.78 | 1,102.72 | 661.60 | 441.12 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.82 | 1,144.97 | 656.80 | 488.17 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.35 | 1,179.52 | 731.20 | 448.32 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.15 | 954.59 | 555.60 | 398.99 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 21.60 | 1,059.94 | 585.60 | 474.34 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 25.00 | 1,188.63 | 598.00 | 560.63 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.85 | 1,582.21 | 620.40 | 461.81 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 17.33 | 957.59 | 580.40 | 377.19 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 19.77 | 1,235.68 | 709.60 | 526.08 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 15.72 | 1,221.37 | 768.40 | 452.97 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.83 | 1,274.23 | 781.20 | 493.03 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 18.25 | 1,296.19 | 763.60 | 532.59 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 20.75 | 1,044.12 | 587.20 | 456.92 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 45.00 | 20.12 | 1,146.74 | 653.60 | 493.14 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 22.23 | 971.09 | 529.60 | 441.49 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 18.12 | 1,179.01 | 702.00 | 477.01 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 24.65 | 1,121.53 | 582.80 | 538.73 |
| 3607U | DRIVER-RES - Driver - Residential OPS | | | 864.00 | | |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 26.58 | 1,454.96 | 821.20 | 633.76 |
| 3607U | DRIVER-RES - Driver - Residential OPS | 40.00 | 24.08 | 1,061.87 | 558.00 | 503.87 |

01 GL Report - Salary_copy_1
Page 5 of 5
MCA MANAGEMENT COMPANY LP (85815)
From: 09/25/2015 Through: 09/25/2015

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Villagomez, Lino D | 3607U | DRIVER RES Driver - Residential OPS | 40 00 | 22.07 | 1.322.29 | 588.80 | 487.31 |

Department - Code - Current: 3613

| NAME | DEPT | Job Code - Current | REG HOURS | OT HOURS | GROSS | REG | OT |
|---|---|---|---|---|---|---|---|
| | 3613 | DRIVER-RES - Driver Residential OPS | 40.00 | 13.00 | 952.00 | 640.00 | 312.00 |
| | 3613 | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.30 | 1,031.20 | 640.00 | 391.20 |
| | 3613 | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.87 | 1,044.88 | 640.00 | 404.88 |
| | 3613 | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.08 | 1,051.57 | 656.00 | 395.57 |
| | 3613 | DRIVER-RES - Driver - Residential OPS | 40.00 | 17 10 | 1,076.66 | 656.00 | 420.66 |
| | 3613 | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.63 | 1,122.25 | 691.20 | 431.05 |
| | 3613 | DRIVER-RES - Driver - Residential OPS | 40.00 | 16.63 | 1,064.45 | 655.60 | 408.85 |
| | 3613 | DRIVER-RES - Driver - Residential OPS | 40.00 | 9.25 | 1,114.75 | 656.00 | 227.55 |
| | | | 3,493.04 | 1,455.70 | 91,923.35 | 54,421.12 | 34,562.05 |

Report Total Records: 91

User: amartin(25432)
Run Date: 9/23/2015 Run Time: 3:52 PM
Paylocity Corporation