IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:15-CV-2329

No. 17-20320

JOSE VELASQUEZ; JOSE ORTIZ,

    Plaintiffs - Appellees

v.

WCA MANAGEMENT COMPANY, L.P.,

    Defendant - Appellant

United States District Court
Southern District of Texas
FILED
JUL 27 2017
David J. Bradley, Clerk of Court



A True Copy
Certified order issued Jul 27, 2017

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of July 27, 2017, pursuant to appellant's motion to dismiss the appeal.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              *Christina Gardner*
                              By: _____
                              Christina A. Gardner, Deputy Clerk

           ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 27, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 17-20320   Jose Velasquez, et al v. WCA Management
                            Company, L.P.
                            USDC No. 4:15-CV-2329

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Christina A. Gardner, Deputy Clerk
                            504-310-7684

cc w/encl:
    Mr. Ronald Edward Dupree Jr.
    Mr. Alfred John Harper II
    Mr. Alfred John Harper III
    Mr. Alfonso Kennard Jr.